IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR273 |
| v. | |
| DOREAL MCGRAW, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 71). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 52) without prejudice as to defendant Doreal McGraw. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 71) is granted.
2. The Petition for Offender Under Supervision (Filing No. 52) is hereby dismissed without prejudice.
3. Doreal McGraw's previously imposed conditions of supervision remain in effect.

Dated this 18th day of April 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge